UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOVING PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS OF THE UNITED STATES ITS TERRITORIES AND CANADA, AFL-CIO, CLC ("IATSE"),

                Plaintiff,

-against-

PARADISE SQUARE PRODUCTION SERVICES, INC.,

                Defendant.

23-CV-6435 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      On July 25, 2023, Plaintiff filed a complaint seeking to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Plaintiff shall file and serve any additional materials with which it intends to support its petition to confirm, such as a memorandum of law, by **August 25, 2023**. Defendant's opposition is due by **September 8, 2023**. Plaintiff's reply, if any, is due by **September 15, 2023**.

      Plaintiff shall serve the petition and all supporting papers, as well as this Order, upon Defendant electronically and by overnight mail no later than **August 25, 2023**, and shall file an proof of such service with the court no later than **August 28, 2023**.

Dated: July 28, 2023
       New York, New York

                                              SO ORDERED.

                                              JESSICA G. L. CLARKE
                                              United States District Judge